IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA CORDOVA, on his own behalf,
And on behalf of all others similarly situated,

    Plaintiff,

v.                                                                             No.: 1:16-cv-00460-KG-KBM

JODY JENKINS and JENKINS, WAGNON &
YOUNG, P.C.,

    Defendants.

**ORDER GRANTING STIPULATED MOTION
TO DISMISS PLAINTIFF'S CLAIM FOR FRAUD**

This matter comes before the Court on Plaintiff Joshua Cordova and Defendants Jody Jenkins and Jenkins, Wagnon & Young, P.C.'s Stipulated Motion to Dismiss Plaintiff's Claim for Fraud. Having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised, the Court finds that the motion is well-taken and should be **GRANTED**.

It is therefore ordered that Plaintiff's claim for fraud is dismissed in its entirety and with prejudice, with each party to bear his/its own attorney's fees and costs as to that claim.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE

**APPROVED:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Charles J. Vigil*
     Charles J. Vigil
     Leslie McCarthy Apodaca
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendants*

AND

FEFERMAN, WARREN & MATTISON

*approved via e-mail 12/21/17*
Nicholas Mattison
2000 Central Ave. SW Ste. 2000W
Albuquerque, NM 87102
(505)243-7773
nmattison@nmconsumerwarriors.com
*Attorney for Plaintiff*