IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA CORDOVA, on his own behalf,
And on behalf of all others similarly situated,

    Plaintiff,

v.                                      No.: 1:16-cv-00460-KG-KBM

JODY JENKINS and JENKINS, WAGNON &
YOUNG, P.C.,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO EXCEED PAGE LIMITS

This matter comes before the Court on Defendants Jody Jenkins and Jenkins, Wagnon & Young, P.C.'s Unopposed Motion For Leave to Exceed Page Limits for Their Response to Plaintiff's Opposed Motion for Class Certification (Doc. 60). Having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised, the Court finds that the motion is well-taken and should be **GRANTED**.

It is therefore ordered that Defendants' Unopposed Motion For Leave to Exceed Page Limits for Their Response to Plaintiff's Opposed Motion for Class Certification (Doc. 60) is granted and Defendants may file a brief not to exceed thirty pages.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

**APPROVED:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  *Leslie McCarthy Apodaca*
   Charles J. Vigil
   Leslie McCarthy Apodaca
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendants*

AND

FEFERMAN, WARREN & MATTISON

*approved via e-mail 1/9/18*
   Nicholas Mattison
2000 Central Ave. SW Ste. 2000W
Albuquerque, NM 87102
(505)243-7773
nmattison@nmconsumerwarriors.com
*Attorney for Plaintiff*