IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHUA CORDOVA, on his own behalf,
and on behalf of all others similarly situated,

    Plaintiff,

v.                                       1:16-cv-00460-KG-KBM

JODY JENKINS and
JENKINS, WAGNON & YOUNG, P.C.,

    Defendants.

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED
PAGE LIMITS FOR PLAINTIFF'S REPLY TO MOTION FOR CLASS CERTIFICATION

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to Exceed Page Limits for his Reply to Motion for Class Certification (Doc 81). The Court being well advised and finding good cause to grant the same,

IT IS HEREBY ORDERED that Plaintiff may file his Reply Brief not to exceed 18 pages.

SO ORDERED.

                                                            UNITED STATES DISTRICT JUDGE

Submitted,

/s/Nicholas Mattison
Nicholas Mattison
Feferman, Warren & Mattison
2000 Central Ave. SW Ste. 2000W
Albuquerque, NM 87102
(505)243-7773
nmattison@nmconsumerwarriors.com
Counsel for Plaintiff

Approved:

<u>Approved via email 2/14/18</u>
Charles J. Vigil
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Attorneys for Defendants
PO Box 1888
Albuquerque, NM 87103
(505) 765-5900
cvigil@rodey.com
Counsel for Defendants