IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHUA CORDOVA, on his own behalf,
and on behalf of all others similarly situated,

      Plaintiff,

v.                                                             1:16-cv-00460-KG-KBM

JODY JENKINS and
JENKINS, WAGNON & YOUNG, P.C.,

      Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND THE NEW MEXICO UNFAIR PRACTICES ACT

THIS MATTER came before the Court on Defendants' Unopposed Motion for Leave to Exceed Page Limits for their Reply to Motion for Partial Summary Judgment on Plaintiff's Claims under the Fair Debt Collection Practices Act and the New Mexico Unfair Practices Act (Doc. 75). The Court being well advised and finding good cause to grant the same,

IT IS HEREBY ORDERED that Defendants may file their Reply not to exceed 18 pages.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

*/s/ Charles J. Vigil*
Charles J. Vigil
Leslie McCarthy Apodaca
Abigail M. Yates
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
cvigil@rodey.com
lapodaca@rodey.com
ayates@rodey.com
*Attorneys for Defendants*


Approved:

*Via email 3/7/18*
Nicholas Mattison
Feferman, Warren & Mattison
2000 Central Ave. SW Ste. 2000W
Albuquerque, NM 87102
(505)243-7773
nmattison@nmconsumerwarriors.com
*Counsel for Plaintiff*