IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHUA CORDOVA, on his own behalf,
and on behalf of all others similarly situated,

    Plaintiff,

vs.                                                                               Civ. No. 16-460 KG/KBM

JODY JENKINS and
JENKINS, WAGNON & YOUNG, P.C.,

    Defendants.

## SUMMARY JUDGMENT ON COUNT I

Consistent with the Court's Memorandum Opinion and Order granting in part Plaintiff's Motion for Partial Summary Judgment (Doc. 75),

**IT IS ORDERED** that:

1. summary judgment is entered in favor of Plaintiff on Count I of the Complaint (Doc. 1); and

2. Count I of the Complaint is **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE